UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMUEL HAROLD STAEVEN,

    Plaintiff,

v.                                                                                  Case No. 09-C-82

DENNIS KOEKEN, Brown County Sheriff,

    Defendant.

**ORDER**

    The pro se plaintiff has filed a letter requesting that his case be dismissed without prejudice so that he can add other claims of constitutional violations later. Plaintiff states it is his understanding that any claims he does not present at this time cannot be brought in the future.

    Plaintiff's understanding of the rules of civil procedure seems confused. Unrelated claims, of course, do not belong in this case. Related claims, however, could be added by amendment. In any event, it is not this court's role to serve as counsel for the plaintiff. Plaintiff has moved voluntarily to dismiss his action without prejudice. Since the defendants have filed an answer, dismissal without prejudice can only occur on order of the court or with their consent.

    Based upon the foregoing, defendants are directed to advise the court on or before July 28, 2009, whether they object to dismissal without prejudice and, if so, the grounds of such objection. The court will thereafter rule on the plaintiff's motion.

    Dated this   21st   day of July, 2009.

                                                                          s/ William C. Griesbach
                                                                          William C. Griesbach
                                                                          United States District Judge